# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Harrel D. MARTIN, Jr.<br>(DOB: xx/xx/1988)<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  24-924M(NJ)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   August 31, 2024 - present   in the county of   Milwaukee   in the
  Eastern   District of   Wisconsin  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 751(a) | Escape |

This criminal complaint is based on these facts:

Please see Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Samuel Spencer, Deputy U.S. Marshal
*Printed name and title*

Sworn via telephone; transmitted via email
pursuant to Fed. R. Crim. 4.1

Date:  September 20, 2024

*Judge's signature*

City and state:    Milwaukee, Wisconsin       Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND APPLICATION FOR AN ARREST WARRANT

I, Samuel Spencer, being first duly sworn on oath depose and say that upon personal knowledge and upon information and belief:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Deputy United States Marshal for the United States Department of Justice for one year. As part of my duties, I conduct investigations to locate federal and state fugitives. I have had both formal training and have participated in numerous investigations to locate federal and state fugitives. I am an investigator, or law enforcement officer, of the United States, within the meaning of 18 U.S.C. § 2510(7), in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

2. This affidavit is based on my personal knowledge, information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.

## PROBABLE CAUSE

3. This affidavit is submitted in support of an application for the issuance of a criminal complaint charging Harrel D. MARTIN with a technical escape from custody in violation of 18 U.S.C. § 751(a).

4. On May 15, 2019, an initial appearance and arraignment & plea hearing was held for MARTIN on case 19-CR-76 with Magistrate Judge Joseph. MARTIN was ordered released on bond with conditions.

5. On November 4, 2019, MARTIN pled guilty in the Eastern District of Wisconsin of violating Title 21 U.S.C. § 841(a)(1) and (b)(1)(D) and violating Title 18 U.S.C. § 924 (c)(1)(A)(i)

in case number 19-CR-76-JPS.

6. On or about December 18, 2019, MARTIN was arrested by the Milwaukee Police Department and subsequently booked into the Milwaukee County Jail on firearm, drug, and felony bail jumping charges.

7. On January 9, 2020, a writ was issued to Milwaukee County Jail for MARTIN to appear for federal sentencing proceedings.

8. On January 30, 2020, MARTIN was sentenced and committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 72 months to run consecutively to the sentence the defendant was serving in Milwaukee County Case No. 19-CF-1965. MARTIN was returned to the Milwaukee County Jail on the writ on the same day.

9. On or about January 30, 2020, a detainer based on federal judgment and commitment was lodged with the Milwaukee County Jail.

10. On October 21, 2022, MARTIN was transferred to Wisconsin Department of Corrections custody to serve the custodial portion of his State sentences.

11. On May 01, 2023, a letter from MARTIN requesting a copy of his judgment was filed with the United States District Court for the Eastern District of Wisconsin (Milwaukee).

12. On July 28, 2023, mail sent from the United States District Court for the Eastern District of Wisconsin (Milwaukee) to MARTIN was entered as undeliverable.

13. On April 15, 2024, MARTIN was released from the Wisconsin Department of Corrections, Racine Correctional Institution, on extended supervision.

14. On July 17, 2024, MARTIN received sanctions from the Wisconsin Department of Corrections for violation of extended supervision and was ordered to serve a 60-day short-term sanction at the Milwaukee Secure Detention Facility (MSDF).

15. On August 30, 2024, MARTIN was released from Wisconsin Department of Corrections, MSDF.

16. On September 19, 2024, it was confirmed with the U.S. Probation Office that MARTIN has not made contact. It was also confirmed that MARTIN is not in Wisconsin Department of Corrections or Milwaukee County Jail custody.

16. This affidavit is intended to respectfully show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant, and as such, does not set forth all the details of the investigation.

17. Based on the foregoing facts and my training and experience, I respectfully submit that probable cause exists to issue a criminal complaint and arrest warrant for Harrel D. MARTIN, for a violation of 18 U.S.C. § 751(a), technical escape from custody.